IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRUCE FLOYD                                                                                              PLAINTIFF

v.                                         Civil No. 15-cv-4111

STATE OF ARKANSAS DEPARTMENT OF
PARKS AND TOURISM; RICHARD DAVIES;
MARK STEINDL; SHEA LEWIS;
MIKE ROBERTS; EDWARD DONIHOO; and
JOHN DOES 1-5                                                                                        DEFENDANTS

## ORDER

Before the Court is a Motion for Trial by Twelve-Person Jury (ECF No. 29) filed by Defendants. No party has filed a response to this motion, and the time for response has passed. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, pursuant to Federal Rules of Civil Procedure 38 and 48, the trial of this matter will be before a twelve (12) person jury.

**IT IS SO ORDERED**, this 1st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge