IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRUCE FLOYD                                                                                      PLAINTIFF

v.                                            Case No. 4:15-cv-4111

STATE OF ARKANSAS DEPARTMENT
OF PARKS AND TOURISM; RICHARD
DAVIES; MARK STEINDL; SHEA LEWIS;
EDWARD DONIHOO; MIKE ROBERTS; and
JOHN DOES 1-5                                                                                  DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. ECF No. 35. The Court entered a Memorandum Opinion and Order on December 22, 2107, granting in part and denying in part the motion. ECF No. 54. Subsequently, the Court granted Defendants' Motion for Reconsideration and ordered further briefing on the remaining claims. ECF No. 58.

After reconsideration, for the reasons discussed in the Memorandum Opinion of even date and the Memorandum Opinion and Order entered December 22, 2107, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 35) should be and hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Because all Plaintiff's claims have been dismissed, the Clerk is directed to close the case.

**IT IS SO ORDERED**, this 31st day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge